## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

**FARMERS NEW WORLD LIFE INSURANCE COMPANY**                              **PLAINTIFF**

**V.**                              **CASE NO. 2:24-CV-2052**

**LARENDA VICK; ASHLEY STRIPLIN;**
**WILLIAM VICK, JR.; and**
**THE ESTATE OF WILLIAM VICK,**                              **DEFENDANTS**

### ORDER ON DEPOSITING FUNDS AND RESTYLING THE CASE

Farmers New World Life Insurance Company ("FNWL") has filed an unopposed Motion (Doc. 24) to interplead the proceeds of two life insurance policies (ending in -2389 and -4751) issued to the late William Vick. The total amount available under the policies is $850,000. FNWL requests that it be permitted to subtract $6,000 from the total, in payment for its attorney's fees and costs, before depositing the remaining balance in the Registry of the Court. FNWL further requests that it be dismissed from the case and discharged from any further liability related to the insurance policies and their proceeds. The Motion (Doc. 24) is **GRANTED**.

**IT IS HEREBY ORDERED** as follows:

(1) FNWL is awarded $6,000 in attorney's fees and costs, which is to be deducted from the proceeds of the life insurance policies (ending in -2389 and -4751) issued to the late William Vick.

(2) FNWL is to remit to the Clerk of Court for the Western District of Arkansas the sum of $844,000, which represents the remaining benefits (after the deduction for attorney's fees described above) available under the life insurance policies issued to Mr. Vick. These funds should be sent to the following address:

Ronald Dowling, Clerk of Court
United States District Court for the Western District of Arkansas
30 S. 6th Street
Room 1038
Fort Smith, Arkansas 72901-2437

Upon receipt of the interpleader funds, the Clerk of Court shall deposit them into the Disputed Ownership Funds ("DOW") account established within the Court Registry Investment System ("CRIS"). Such account shall be an interest-bearing account administered by the Administrative Office of the United States Courts pursuant to 28 U.S.C. § 2045. The funds shall remain so deposited or invested, and the interest thereon reinvested in the same account or instrument for a like period of time, until the Clerk advises that the funds shall be withdrawn for disposition pursuant to further order of this Court.

(3) Defendants are hereby enjoined from commencing any action against FNWL on the insurance policies at issue in this action, and FNWL is discharged from any and all liability under these policies as to any of the Defendants, their heirs, assigns, or any other person or entity claiming entitlement to benefits under said policies.

(4) Upon payment into the Court Registry of the interpleader funds, FNWL shall be **DISMISSED WITH PREJUDICE** as a party to this action.

(5) The Clerk of Court is **DIRECTED** to restyle the case as "In re: $844,000 in Interpleaded Funds" and label all remaining parties as "Claimants" instead of "Defendants."

**IT IS SO ORDERED** on this  5th  day of November, 2024.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE